IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN TURNER,

        Plaintiff,

v.

LEBBEUS BROWN, CAPT. PRIMMER,
MARK KARTMAN, D. WINKLESKI, ELLEN K. RAY,
WILLIAM BROWN, CAPT. GARDNER,
GARY BOUGHTON, JOLINDA WATERMAN,
LACEY DICKMAN, HEIDI BLOYER,
JULIE BULMANN and ZACHARY BERGER,

        Defendants.

Case No. 17-cv-764-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Glenn Turner's claims against Capt. Primmer, Mark Kartman, D. Winkleski, Ellen K. Ray, William Brown, Capt. Gardner, Gary Boughton, Jolinda Waterman, Lacey Dickman, and Julie Bulmann.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Lebbeus Brown, Heider Bloyer, and Zachary Berger in accordance with the jury's verdict.

Approved as to form this 17TH day of October, 2019.

_____
James D. Peterson
District Judge

by _____, deputy clerk      October 17, 2019
Peter Oppeneer                                       Date
Clerk of Court